UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.

              Plaintiff,               Index # 07-CV-8755

   -against-

                                    **CERTIFICATE OF SERVICE**

FRANK POOL ROOM
d/b/a FRANK POOL ROOM RESTAURANT
and FRANCISCO HERNANEZ
              Defendants,
_____

      I certify that a copy of the Order For Conference Pursuant To Rule 16(b) was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on October 26, 2007:

To:    Frank Pool Room
        d/b/a Frank Pool Room RESTAURANT
        185 East 167th Street
        Bronx, NY 10456

        Francisco Hernandez
        185 East 167th Street
        Bronx, NY 10456

                          By:    /s/ Lucille Eichler
                                Lucille Eichler
                                Paul J. Hooten & Associates
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766