UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                 Plaintiff                 07 CV 8755

-AGAINST-

FRANK POOL ROOM
d/b/a FRANK POOL ROOM RESTAURANT
and FRANCISCO HERNANDEZ           **DEFAULT JUDGMENT**

                 Defendant
--------------------------------------------------X

      This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Frank Pool Room d/b/a Frank Pool Room Restaurant and Francisco Hernandez, on October 29, 2007 by personal service on Frank Pool Room d/b/a Frank Pool Room Restaurant and Francisco Hernandez, and a proof of service having been filed on November 8, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from February 25, 2006, amounting to $3,450.00; plus costs and disbursements of this action in the amount of $470.00, plus attorney fees amounting to $700.00, amounting in all to $24,620.00.

Dated: New York, New York
      _____

                                                        _____
                                                        Louis L. Stanton
                                                       United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                        Plaintiff          07 CV 8755

  -AGAINST-

FRANK POOL ROOM                        **AFFIDAVIT FOR**
d/b/a FRANK POOL ROOM RESTAURANT   **JUDGMENT BY DEFAULT**
and FRANCISCO HERNANDEZ

                        Defendant
-----------------------------------------------------X

STATE OF NEW YORK    )
                            ) ss:
COUNTY OF NEW YORK  )

        Paul J. Hooten, being duly sworn, deposes and says:

     I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

    2.  This is an action to recover the unauthorized exhibition of the telecast of the February 25, 2006, boxing match between Fernando Vargas and Shane Mosley by the defendant. See attached summons and complaint attached hereto as Exhibit "A".

    3.  This Action was commenced on October 10, 2007 by the filing of the

Summons and complaint. A copy of the summons and complaint was served on the defendant on October 29, 2007 by service on Solo Smunado, Managing Agent. The defendant has not answered the complaint and the time for the defendant to answer the complaint has expired.

    4. This action seeks judgment for the liquidated amount of $20,000.00, plus interest at 9% from February 25, 2006, amounting to $3,450.00, plus costs and disbursements of this action in the amount of $470.00, plus attorney fees amounting to $700.00, amounting in all to $24,620.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York

    <u>January 17</u>, 2008

                                        /s/ Paul J. Hooten
                                        Paul J. Hooten

Sworn to before me this <u>17</u>th
Day of <u>January</u>, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                      Plaintiff          07 CV 8755

-AGAINST-

FRANK POOL ROOM
d/b/a FRANK POOL ROOM RESTAURANT
and FRANCISCO HERNANDEZ         **STATEMENT OF DAMAGES**

                     Defendant
--------------------------------------------------X


Principal amount sued for …………………………………    $20,000.00

Interest at 9% from February 25, 2006 through January, 2007 …….$ 3,450.00

Costs and Disbursements:

Clerk's fee ……………………………………………………    $   350.00
Process Server fee for service …………………………………..    $   120.00
Attorney fee ……………………………………………………    $   700.00

Total as of December 1, 2007 ……………………………………    $24,620.00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
J & J SPORTS PRODUCTIONS. INC.

                  Plaintiff                  07 CV 8755

-AGAINST-

FRANK POOL ROOM
d/b/a FRANK POOL ROOM RESTAURANT
and FRANCISCO HERNANDEZ        **CERTIFICATE OF SERVICE**

                  Defendant
---------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on January 17, 2008:

Frank Pool Room
d/b/a Frank Pool Room Restaurant
185 East 167th Street
Bronx, NY 10456

Francisco Hernandez
185 East 167th Street
Bronx, NY 10456

                    /s/ Paul J. Hooten
                    Paul J. Hooten, Esquire
                    Attorney for Plaintiff
                    5505 Nesconset Highway, Suite 203
                    Mt. Sinai, NY 11766
                    Telephone (631) 331-0547