ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08

## Memorandum Endorsement

J & J Sports Productions, Inc. v. Frank Pool Room d/b/a/ Frank Pool Room Restaurant and Francisco Hernandez, 07 civ. 8755

Plaintiff moves for a judgment by default against defendants pursuant to Fed. R. Civ. P. 55 and S.D.N.Y. Local Civ. R. 55.2.

It sufficiently appears that on October 29, 2007 proper service of the summons and complaint was made on defendants Frank Pool Room d/b/a Frank Pool Room Restaurant and Francisco Hernandez, neither has answered the complaint, the time for answering has expired, and that judgment for plaintiff should be entered on default.

The claims alleged in the complaint are respectfully referred to Magistrate Judge Pitman pursuant to 28 U.S.C. § 636(b)(1)(A) to hear and determine the amount of statutory damages that he recommends be awarded to plaintiff, together with the amounts of any reasonable attorney's fees sought by plaintiff.

So ordered.

Dated: January 31, 2008
       New York, New York

*Louis L. Stanton*
Louis L. Stanton
U.S.D.J.