# PAUL J. HOOTEN & ASSOCIATES

ATTORNEYS AT LAW
5505 NESCONSET HIGHWAY
SUITE 203
MT. SINAI, NEW YORK 11766
PHONE (631) 331-0547
FAX (631) 331-2627

Website:
www.pjhooten.com

email address:
pjh@pjhooten.com

April 22, 2008

U.S. District Court
500 Pearl Street
New York, NY 10007

To The Honorable Henry B. Pitman

    RE: J&J Sports Productions, Inc.
       v. Frank Pool Room, et.al.,

    Civil Case No. 07-CV-8755 (LLS)(HBP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/2008

To The Honorable Henry B. Pitman:

I would like to request a weeks extension to file my proposed findings of fact and conclusions of law as per your Order. I would also request that the defendant be granted an extension of thirty days beyond the date plaintiff files it's proposed findings of fact and conclusions of law. There has been no other request for extensions regarding this matter.

Should you have any questions please do not hesitate to contact me.

Very truly yours,

Paul J. Hooten

PJH/cl

cc: Frank Pool Room
    d/b/a Frank PoolRoom Restaurant
    185 East 167th Street
    Bronx, NY 10456

Francisco Hernandez
185 East 167th Street
Bronx, NY 10456

*[Handwritten note:]* THE DUE DATE FOR PLAINTIFF'S PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW IS EXTENDED TO 4-28-08

**SO ORDERED**

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
4-23-08