ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,

              Plaintiff,      07 Civ. 8755 (LLS)(HBP)

      v.                        ORDER

FRANCISCO HERNANDEZ and FRANK POOL
ROOM d/b/a/ "Frank Pool Room
Restaurant",
              Defendants.
----------------------------------------x

      This matter having been referred to Magistrate Judge Pitman to hold an inquest and report and recommend the proper amount of damages, and Magistrate Judge Pitman having issued his Report and Recommendation on December 12, 2008 in which he recommends that "damages be assessed against the defaulting defendants, Franciso Hernandez and Frank Pool Room, jointly and severally, in the amount of $5,000.00" (Report at p. 14), and no objections thereto having been received, and the time for objecting having expired; and

      Having found after a careful review of the Report that there is no clear error on the face of the record, see Adee Motor Cars, LLC v. Amato, 388 F. Supp. 2d 250, 253 (S.D.N.Y. 2005); it is

      ORDERED, that Magistrate Judge Pitman's Report and Recommendation is adopted in all respects, and the Clerk is directed to enter a default judgment in plaintiff's favor and against defendants in the amount of $5,000.00 in accordance with the Report and Recommendation.

      So ordered.

Dated: February 19, 2009
      New York, New York

                                             _____
                                                 Louis L. Stanton
                                                   U.S.D.J.